**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00348-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

DeMARQUES A. TAYLOR

 Plaintiff,

v.

2nd JUDICIAL DISTRICT DENVER, STATE OF COLORADO,

 Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

 Plaintiff DeMarques A. Taylor currently resides in Denver, Colorado.   On February 12, 2016, Plaintiff initiated this action by filing *pro se* a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) ____ is not submitted
(2) ____ is not on proper form (must use the Court's current form)
(3) _X_ is missing date and original signature by Plaintiff
(4) ____ is missing affidavit
(5) ____ affidavit is incomplete
(6) ____ affidavit is not properly notarized

(7) ____ names in caption do not match names in caption of complaint, petition or application
(8) ____ other:

1

**Complaint or Petition**:
(8) ___ is not submitted
(9) ___ is not on proper form
(10)___ is missing an original signature by the Plaintiff
(11)___ is incomplete
(12)___ uses et al. instead of listing all parties in caption
(13)___ names in caption do not match names in text of Complaint
(15)___ addresses must be provided for all defendants/respondents in “Section A. Parties” of complaint, petition or habeas application
(16)___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 12, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge